UNITED STATES of America,
Plaintiff–Appellee,

v.

Miguel Angel DIAZ–ROSAS,
Defendant–Appellant.

No. 04–10649.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 14, 2005.

Michael S. Somsan, Esq., U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Michael S. Reeves, Esq., Phoenix, AZ, for Defendant–Appellant.

Before GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM**

Miguel Angel Diaz–Rosas appeals from his guilty plea conviction and sentence for illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a), with sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2).

Diaz–Rosas, who was sentenced under the mandatory Sentencing Guidelines before the Supreme Court its issued its decision in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), asserts that the district court erred by determining that his prior criminal conviction constituted an act of violence for purposes of a sentencing enhancement.

We dismiss the appeal because Diaz–Rosas, in his plea agreement, knowingly and voluntarily waived his right to appeal. *See United States v. Cortez–Arias,* 403 F.3d 1111 (9th Cir.2005), *as amended,* 425 F.3d 547 (9th Cir.2005) (holding that pre-*Booker* waiver of right to appeal precludes appellate relief under *Booker* ).

DISMISSED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

